1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America

FILED

SEP 2 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>A RED TOYOTA CAMRY, WITH CALIFORNIA LICENSE PLATE 8CUH181, AND VIN # 4T1BE46K49U315542<br><br>A SILVER LEXUS SEDAN, WITH CALIFORNIA LICENSE PLATE 7NNA919, AND VIN # JTHBK262465007289; AND | [PROPOSED] ORDER FOR REQUEST TO UN-SEAL AND TO FILE REDACTED COPY OF TRACKING WARRANTS APPLICATION AND AFFIDAVIT<br><br>2:18-SW-0556 CKD<br><br>2:18-SW-0555 CKD |

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed. The previously filed warrant applications and affidavit are to remain sealed. The United States shall file a redacted copy of the warrant application and affidavit in each of the above-captioned matters.

Dated: 9/21/2018

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE